UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| VELCRO INDUSTRIES B.V. and VELCRO USA INC., </br></br>Plaintiffs, </br></br>v. </br></br>BRM ENTERPRISES d/b/a POLITESOCIETY.COM </br></br>Defendant. | Civil Action No.  1:05-cv-301-PB </br></br></br></br></br>JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiffs VELCRO INDUSTRIES B.V. and VELCRO USA INC., by their undersigned attorneys, by way of Complaint herein, allege as follows:

## THE PARTIES

1. Plaintiff VELCRO INDUSTRIES B.V. (hereinafter "VIBV") is a Netherlands limited liability company having its principal place of business at Castorweg 22-24, Curacao, Netherland Antilles.

2. Plaintiff VELCRO USA INC. (hereinafter "VUSA") is a Delaware corporation having its principal place of business at 406 Brown Avenue, Manchester, New Hampshire 03103.

3. Plaintiffs VIBV and VUSA are sister companies, and each are wholly-owned subsidiaries of Velcro Industries N.V.

4. On information and belief, Defendant BRM ENTERPRISES is an unincorporated business having an address at 3396 SW Beaverton Hwy, Portland, Oregon 97239. On information and belief, Defendant BRM ENTERPRISES has conducted and is conducting business in this judicial district by means of, inter alia, an Internet website at <www.politesociety.com>.

## JURISDICTION AND VENUE

5. This court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1338(a) and (b), and pursuant to the doctrine of supplemental jurisdiction as codified in Title 28 U.S.C. § 1367.

6. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) and (c).

## COUNT I - FEDERAL TRADEMARK INFRINGEMENT
## UNDER 15 U.S.C. § 1114: VELCRO® TRADEMARK

7. From a date long prior to the acts of Defendant complained of herein, Plaintiff VIBV and its exclusive licensee, Plaintiff VUSA, have extensively used the mark and name VELCRO® in connection with, inter alia, fastener products and goods incorporating fastener products. Plaintiffs and their customers have advertised and promoted these goods throughout the United States, including by way of an Internet website at "www.velcro.com". As a result of these efforts, the mark VELCRO® has become a famous mark since a date long prior to the activities of Defendants complained of herein, and

the goodwill associated with the mark and name VELCRO® has become a valuable asset of the Plaintiffs.

8.  Plaintiff VIBV is the owner of twenty (20) United States Trademark Registrations for the mark VELCRO, as follows:

| MARK | REG. NO. | ISSUED | GOODS |
|---|---|---|---|
| VeLCRO | 661,700 | 05-13-58 | Notion-namely a synthetic material sold in ribbon, sheet, or piece goods form, said material having complemental parts which adhere to each other when pressed together and adapted for use as a closure, fastener, or button for closing garments, curtains, or the like. |
| VELCRO | 1,027,417 | 12-16-75 | Separable fasteners - namely, hook and loop-type fasteners and components thereof. |
| VELCRO | 1,031,355 | 01-27-76 | Medical splints and straps for use therewith incorporating hook and loop fasteners. |
| VELCRO | 1,044,049 | 07-20-76 | Safety straps incorporating hook and loop fasteners for medical uses on operating tables, wheelchairs, and the like. |
| VELCRO | 1,091,889 | 05-23-78 | Hook and loop type fasteners for use with recreational vehicles and the like. |
| VELCRO | 1,154,773 | 05-19-81 | straps incorporating hook and loop type fasteners for use in the medical field |

| | | | |
|---|---|---|---|
| VELCRO | 1,163,756 | 08-04-81 | Screen kits, including hook and loop tapes, insect screening and adhesive. |
| VELCRO | 1,184,926 | 01-05-82 | Self-gripping hair rollers. |
| VELCRO | 1,598,591 | 05-29-90 | Molded and extruded plastic material having a surface of hooks or loops, for use in manufacture as components of hook and loop fastening systems; hook and loop fastening systems for use in manufacture |
| VELCRO | 1,705,079 | 08-04-92 | Fabrics and textiles and substitutes therefor, namely, woven, molded, or extruded synthetic material having a surface of hooks and woven synthetic material having a surface of loops. |
| VELCRO | 1,846,829 | 07-26-94 | Separable fasteners; namely, hook and loop type fasteners and components thereof. |
| VELCRO | 2,174,852 | 07-21-98 | Toys and games incorporating hook and loop fasteners, namely, flying disc catch games, tag games featuring balls and vests, target games featuring balls and targets, stuffed toys and dolls with detachable limbs and features, puppets and detachable limbs and features therefor, puppet theaters and board games. |
| VELCRO | 2,220,407 | 01-26-99 | Adhesives for stationery and household use. |
| VELCRO | 2,225,595 | 02-23-99 | Non-electric hair curlers, namely hair rollers. |
| VELCRO | 2,225,651 | 02-23-99 | Snap fasteners and grommets in the nature of eyelets for securing tarpaulins. |

| | | | |
|---|---|---|---|
| VELCRO | 2,227,960 | 03-02-99 | Water-resistant pouches for general use. |
| VELCRO | 2,227,961 | 03-02-99 | Watch bands. |
| VELCRO | 2,242,632 | 05-04-99 | Adhesive cement for hobbyists. |
| VELCRO | 2,529,312 | 01-15-02 | Fasteners, namely, buckles, & design snap-hooks, adjuster bars, slides, cord locks, zipper pulls, and modular buckles having alternative components adaptable to different sizes and configurations. |
| VELCRO | 2,570,823 | 05-21-02 | Fasteners, namely, buckles, snap-hooks, adjuster bars, slides, cord locks, zipper pulls, and modular buckles having alternative components adaptable to different sizes and configurations. |

9. Defendant BRM ENTERPRISES has marketed and is currently marketing products which it claims to comprise or contain "Velcro" material, which products, on information and belief, do not comprise or incorporate genuine VELCRO® brand fastener material. For example, Defendant offers several items referred to as a "velcro ankle holster." Defendant's use of the term "Velcro" in this manner is likely to cause confusion, mistake, and deception as to the source of Defendant's products, as to the association between Plaintiffs and Defendant, and/or as to the licensing or approval of Defendant's products by Plaintiffs. To the extent that purchasers and potential purchasers of the Defendant's products are dissatisfied with the products, such dissatisfaction will reflect upon and

irreparably damage the reputation and goodwill enjoyed by Plaintiffs in the VELCRO® mark. Defendant's unauthorized use of Plaintiffs' VELCRO® mark constitutes an infringement of Plaintiffs' federally-registered trademarks, in violation of Section 32(1) of the Lanham Act, 15 U.S.C. Sec. 1114(1). Defendant has on several occasions been expressly notified of its infringing activities but has nonetheless continued to infringe, in willful violation of Plaintiffs' rights.

10.  Unless permanently enjoined by this court, the acts of Defendant will cause irreparable injury and damage to Plaintiffs and their valuable trademark rights, for which damage and injury there exists no adequate remedy at law.

## COUNT II - VIOLATION OF THE FEDERAL TRADEMARK DILUTION ACT, 15 U.S.C. § 1143(C): VELCRO® TRADEMARK

11.     Plaintiffs repeat and re-allege the allegations set forth in paragraphs 1-10 above.

12.     Alternatively, even in the unlikely event that Defendant's product do incorporate genuine VELCRO® brand material, its use of the term "Velcro" generically as a noun rather than in a trademark manner has caused dilution of the distinctive quality of the famous VELCRO® mark, in violation of 15 U.S.C. §1143(c).

## COUNT III – VIOLATION OF NEW HAMPSHIRE R.S. Ch. 358-A:2

13.     Plaintiffs repeat and re-allege the allegations of paragraphs 1-12 above.

14. The aforesaid actions of Defendant constitute an unfair method of competition or unfair or deceptive acts or practices in the conduct of trade or commerce. Plaintiffs have been injured and are being injured by these actions. Consequently, these actions violate New Hampshire R.S. 358-A:2.

COUNT IV – COMMON LAW TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION

15. Plaintiffs repeat and re-allege the allegations of paragraphs 1-14 above.

16. The aforesaid actions of Defendant have damaged and are damaging Plaintiffs, in violation of the common law of trademark infringement and unfair competition.

\* \* \* \* \* \* \* \*

WHEREFORE, Plaintiffs VELCRO INDUSTRIES B.V. and VELCRO USA INC. demand judgment against Defendant BRM ENTERPRISES as follows:

A. That Defendant be preliminarily and permanently enjoined from using the terms "velcro", and any confusingly similar variation thereof, in any manner in connection with the marketing and sale of its products.

B. That Defendant be ordered to file with this court and to serve upon Plaintiffs within thirty days of service of the permanent injunction requested herein, a report in writing, under oath, setting forth in detail the manner and form in which Defendant has complied therewith.

C. That Defendant pay to Plaintiffs VELCRO INDUSTRIES B.V. and VELCRO USA INC., Defendant's profits and such damages as Plaintiffs have incurred by reason of the actions

complained of herein, said profits and damages to be trebled in view of the willfulness of Defendant's illegal actions.

      D.      That Plaintiffs recover their costs in this civil action, as well as their reasonable attorney fees and other expenses.

      E.      That this court grant such other and further relief as it deems just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b), Fed. R. Civ. P., Plaintiffs hereby demand trial by jury of all issues so triable.

Date:  August 29, 2005

VELCRO INDUSTRIES B.V.
and VELCRO USA INC.

/s/ R. Matthew Cairns
R. Matthew Cairns (#411)
Ransmeier & Spellman
One Capital Street
P.O. Box 600
Concord, NH 03302-0600
603/228-0477

OF COUNSEL:

John L. Welch
Susan B. Montgomery
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600
617/732-1000