# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Velcro Industries B.V. and Velcro USA Inc.<br><br>    Plaintiffs,<br><br>v.<br><br>BRM ENTERPRISES d/b/a POLITESOCIETY.COM<br><br>    Defendant | **Case No.:**   1:05-cv-301 |

## RULE 41(a)(1)(i) NOTICE OF DISMISSAL WITHOUT PREJUDICE

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), plaintiffs hereby give notice that they dismiss this action <u>without prejudice</u>.

                                                                            Respectfully submitted,

                                                                            VELCRO INDUSTRIES B.V. AND
                                                                            VELCRO USA INC.

                                                                            By Their Attorneys,
                                                                            RANSMEIER & SPELLMAN
                                                                            PROFESSIONAL CORPORATION


Dated: 10/25/05                          By:    /s/  R. Matthew Cairns
                                                        R. Matthew Cairns (NHBA #411)
                                                        One Capitol Street,
                                                        P.O. Box 600
                                                        Concord, NH  03302-0600
                                                        Tel. (603) 228-0477
                                                        matt@ranspell.com